■ In the Matter of WARREN STREETER, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [14 NYS3d 719]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty of possessing contraband and smuggling. The Attorney General has advised this Court that the determination has

been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory surcharge will be refunded to petitioner's inmate account. Despite his request for additional relief, petitioner is not entitled to be restored to the status that he enjoyed prior to the disciplinary determination (*see Matter of Raduns v Prack*, 122 AD3d 995, 995-996 [2014]; *Matter of Harris v Prack*, 122 AD3d 981, 981 [2014]). In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter must be dismissed as moot (*see Matter of McCaskell v Department of Corr. & Community Supervision*, 128 AD3d 1208, 1208-1209 [2015]; *Matter of Bain v Annucci*, 127 AD3d 1533, 1533 [2015]).

Peters, P.J., Egan Jr., Rose and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.